377 HORBSTREITH vs. CIRCUIT JUDGE (Kent), No. 12363½.

To compel approval of bond.

Relator applied to the Circuit Court to allow an appeal from an order of the Probate Court admitting to probate the will of

relator's mother. The court declined to grant the application. Relator then filed a claim of appeal to this court, with the clerk of that court, and presented to the circuit judge an appeal bond for approval.

Order to show cause issued November 18, 1891.